

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BOULEVARD
DETROIT, MICHIGAN 48226

CHAMBERS OF
**JOHN CORBETT O'MEARA**
UNITED STATES DISTRICT JUDGE

September 10, 2004

(313) 234-5140

FINANCIAL DISCLOSURE OFFICE

2004 SEP 20 P 3: 03

RECEIVED

The Honorable Mary M. Lisi
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

      RE: Calendar Year 2003 Filing; Your Letter of September 1, 2004 Requesting
      Additional Information

Dear Judge Lisi:

      Responding to your letter of September 1st, what should have been filled in Part VII, page 3, line 52, in column C(1) is "J" and the value method which should have been filled in column C(2) is "T".

      With regard to line 53 the same two codes "J" and "T" should be filled in columns C(1) and C(2) respectively.

      If for any reason this is not compliant with your request of September 1st, please let me know immediately.

Cordially,



John Corbett O'Meara

JCO:jef

REVISED AUGUST 3, 2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

AO-10
Rev. 1/2004

| 1. Person Reporting (Last name, First name, Middle initial)  O'Meara, John Corbett | 2. Court or Organization  Eastern District of MI | 3. Date of Report  5/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active, U.S. District Judge | 5. ReportType (check appropriate type)  ○ Nomination,  Date  5/6/2004  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  Theodore Levin U.S. Courthouse  231 W. Lafayette  Detroit, Michigan 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | U.S. District Court, Eastern District of Michigan, Historical Society |
| 2. | Director | Michigan Opera Theatre |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
AUG 11 11 05 AM '04
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Dickinson Wright LLPC |
| 2. 2003 | Intermet: Director's Fees |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Dickinson Wright HR-10 Account | E | Dividend | O | T | | | | | |
| 2. Dickinson Wright 401(K) Account | D | Dividend | N | T | | | | | |
| 3. HILLSDALE COUNTY NATIONAL BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. BANK ONE CHECKING ACCOUNT(CASH) | B | Interest | K | T | | | | | |
| 5. MERRILL LYNCH CMA(CASH) (NOTE 1) | C | Dividend | K | T | | | | | |
| 6. MERRILL LYNCH CMA (Lines 7 THROUGH 37) | | | | | | | | | |
| 7. ALTRIA GROUP INC. (Was known as Philip Morris) | C | Dividend | L | T | | | | | |
| 8. AMBAC FINCL GRP NY | A | Dividend | J | T | | | | | |
| 9. AMER EXPRESS COMPANY COM | A | Dividend | L | T | | | | | |
| 10. ANADARKO PETE CORP | A | Dividend | J | T | | | | | |
| 11. BRISTOL MYERS SQUIBB CO COM | B | Dividend | M | T | | | | | |
| 12. EASTMAN CHEMICAL CO COM | A | Dividend | J | T | | | | | |
| 13. FORD MOTOR CO NEW | A | Dividend | J | T | | | | | |
| 14. GENERAL DYNAMICS COPR | A | Dividend | J | T | | | | | |
| 15. GEORGIA PACIFIC CORP | A | Dividend | J | T | | | | | |
| 16. JP MORGAN CHASE AND CO | A | Dividend | J | T | | | | | |
| 17. JONES APPAREL GP INC. COM | A | Dividend | J | T | | | | | |
| 18. LEHMAN BROTHERS HLDGS COM | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. LOWES COMPANIES INC. | A | Dividend | J | T | | | | | |
| 20. MINNESOTA MNG MFG COM | A | Dividend | K | T | | | | | |
| 21. MORGAN ST DEAN WTTR DISC | A | Dividend | J | T | | | | | |
| 22. PHILIP MORRIS COS INC COM (NOW ALTRIA) | | | | | | | | | |
| 23. PROCTOR GAMBLE COM | B | Dividend | K | T | | | | | |
| 24. SOLECTRON CORP DEL | A | Dividend | | | S | 07/24 | J | A | Non-private |
| 25. STILWELL FINANCIAL INC | A | Dividend | | | S | 07/24 | J | A | Non-private |
| 26. TARGET CORP COM | A | Dividend | J | T | | | | | |
| 27. UNION PACIFIC CORP COM | A | Dividend | J | T | | | | | |
| 28. UNITED HEALTH GROUP INC. (United Healthcare Group) | A | Dividend | J | T | | | | | |
| 29. UNITED TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 30. VISTEON CORP DELAWARE (Spun off FMC) | A | Dividend | J | T | | | | | |
| 31. WELLPOINT H NWRK | A | Dividend | J | T | | | | | |
| 32. WELLS FARGO & CO. NEW DEL | D | Dividend | M | T | B | 07/24 | M | | Non-private |
| 33. ZIMMER HOLDINGS INC COM | A | Dividend | J | T | | | | | |
| 34. MICHIGAN MUN BD AUTH REV | A | Interest | | | S | 01/9 | K | A | Non-private |
| 35. UNIVERSITY MI UNIV REVS | A | Interest | K | T | | | | | |
| 36. U.S. TREASURY NOTE | A | Interest | M | T | B | 07/24 | M | | Non-private |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. CMA TAX EXEMPT FUND (INCLUDES RETIREMENT RESERVES FUND) | D | Interest | O | T | | | | | |
| 38. JCO IRA MERRILL LYNCH (LINES 39 THROUGH 54) | | | | | | | | | |
| 39. ALLIANCEBERNSTEIN PREMIER GROWTH FD ADV CL | A | Dividend | J | T | B | 05/22 | L | | Non-private |
| 40. COLUMBIA ACORN FUND Z | A | Dividend | L | T | B | 06/18 | L | | Non-private |
| 41. PIMCO TOTAL RETURN FD | D | Dividend | M | T | | | | | |
| 42. EVERGREEN INTL GROWTH FD CL A | A | Dividend | | | S | 06/18 | K | B | Non-private |
| 43. GABELLI GROWTH FUND SBI | A | Dividend | | | S | 06/18 | K | C | Non-private |
| 44. ML BASIC VALUE FD CL A | A | Dividend | M | T | | | | | |
| 45. NEUBERG & BERMIN GENESIS TRUST | A | Dividend | | | S | 06/18 | K | C | Non-private |
| 46. OPPENHEIMER CAPITAL APRECIATION CL A | A | Dividend | K | T | | | | | |
| 47. BLACKROCK LOW DURATION BD INSTL CL | A | Interest | K | T | | | | | |
| 48. FPA NEW INCOME INC | A | Dividend | M | T | | | | | |
| 49. ML AGGREGTE BD INDEX CL A | A | Dividend | L | T | | | | | |
| 50. ONE GROUP SHORT TERM BOND FD CL A | A | Dividend | | | S | 05/22 | L | A | Non-private |
| 51. STRONG GOVT SECS FD | A | Dividend | M | T | | | | | |
| 52. FIDELITY ADV DIV INTL 1 (X) | A | Dividend | | | | | | | |
| 53. SCUDDER FIXED INCOME FD (X) | A | Dividend | | | | | | | |
| 54. RETIREMENT RESERVES FUND | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. IRA - MERRILL LYNCH (Lines 56 through 61) | | | | | | | | | |
| 56. PRIVATE EXPORT FUND SERIES II SEC NOTES 8.400% 7/31/01 | A | Interest | | | S | 10/14 | J | A | Non-private |
| 57. RETIREMENT RESERVES FUND | A | Interest | J | T | | | J | | Non-private |
| 58. MILBANK USA RASP | A | Dividend | J | T | B | 10/14 | J | | Non-private |
| 59. ML FUNDAMENTAL GROWTH A | A | Dividend | K | T | B | 10/14 | J | | Non-private |
| 60. ML GRWTH FD FOR INVST & RETIREMENT CL D | A | Interest | | | S | 10/14 | J | A | Non-private |
| 61. GOVERNMENT DEFERRED INCOME (IRA TYPE) ACCOUNT | A | Interest/Div | | | S | 10/14 | J | B | Non-private |
| 62. THIS LINE 62 IS LAST LINE | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Meara, John Corbett | 5/6/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Note 1 (Line 5): ▮▮▮▮▮▮▮ I have ▮▮▮▮▮ held Merrill Lynch CMA (Cash Management Account) which we use as a checking account. The balance in the account on any given day draws interest at the money market rate.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Meara, John Corbett | 5/6/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _August 3, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>O'Meara, John Corbett | 2. Court or Organization<br><br>Eastern District of MI | 3. Date of Report<br><br>5/6/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active, U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date   5/6/2004<br><br>○ Initial   ⦿ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Director | U.S. District Court, Eastern District of Michigan, Historical Society |
| 2. Director | Michigan Opera Theatre |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED May 11 10 59 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Dickinson Wright LLPC |
| 2. 2003 | Internet: Director's Fees |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Meara, John Corbett | 5/6/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Dickinson Wright HR-10 Account | E | Dividend | O | T | | | | | |
| 2. Dickinson Wright 401(K) Account | D | Dividend | N | T | | | | | |
| 3. HILLSDALE COUNTY NATIONAL BANK COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. BANK ONE CHECKING ACCOUNT(CASH) | B | Interest | K | T | | | | | |
| 5. MERRILL LYNCH CMA(CASH) (NOTE 1) | C | Dividend | K | T | | | | | |
| 6. MERRILL LYNCH CMA (Lines 7 THROUGH 37) | | | | | | | | | |
| 7. ALTRIA GROUP INC. (Was known as Philip Morris) | C | Dividend | L | T | | | | | |
| 8. AMBAC FINCL GRP NY | A | Dividend | J | T | | | | | |
| 9. AMER EXPRESS COMPANY COM | A | Dividend | L | T | | | | | |
| 10. ANADARKO PETE CORP | A | Dividend | J | T | | | | | |
| 11. BRISTOL MYERS SQUIBB CO COM | B | Dividend | M | T | | | | | |
| 12. EASTMAN CHEMICAL CO COM | A | Dividend | J | T | | | | | |
| 13. FORD MOTOR CO NEW | A | Dividend | J | T | | | | | |
| 14. GENERAL DYNAMICS COPR | A | Dividend | J | T | | | | | |
| 15. GEORGIA PACIFIC CORP | A | Dividend | J | T | | | | | |
| 16. JP MORGAN CHASE AND CO | A | Dividend | J | T | | | | | |
| 17. JONES APPAREL GP INC. COM | A | Dividend | J | T | | | | | |
| 18. LEHMAN BROTHERS HLDGS COM | A | Dividend | J | T | | | | | |



1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000

(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000

(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate only)    S = Assessment    T = Cash/Market

   V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. LOWES COMPANIES INC. | A | Dividend | J | T | | | | | |
| 20. MINNESOTA MNG MFG COM | A | Dividend | K | T | | | | | |
| 21. MORGAN ST DEAN WTTR DISC | A | Dividend | J | T | | | | | |
| 22. PHILIP MORRIS COS INC COM (NOW ALTRIA) | | | | | | | | | |
| 23. PROCTOR GAMBLE COM | B | Dividend | K | T | | | | | |
| 24. SOLECTRON CORP DEL | A | Dividend | J | T | S | 07/24 | J | A | Non-private |
| 25. STILWELL FINANCIAL INC | A | Dividend | J | T | S | 07/24 | J | A | Non-private |
| 26. TARGET CORP COM | A | Dividend | J | T | | | | | |
| 27. UNION PACIFIC CORP COM | A | Dividend | J | T | | | | | |
| 28. UNITED HEALTH GROUP INC. (United Healthcare Group) | A | Dividend | J | T | | | | | |
| 29. UNITED TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 30. VISTEON CORP DELAWARE (Spun off FMC) | A | Dividend | J | T | | | | | |
| 31. WELLPOINT H NWRK | A | Dividend | J | T | | | | | |
| 32. WELLS FARGO & CO. NEW DEL | D | Dividend | M | T | B | 07/24 | M | | Non-private |
| 33. ZIMMER HOLDINGS INC COM (X) | A | Dividend | J | T | | | | | |
| 34. MICHIGAN MUN BD AUTH REV | A | Interest | K | T | S | 01/9 | K | A | Non-private |
| 35. UNIVERSITY MI UNIV REVS | A | Interest | K | T | | | | | |
| 36. U.S. TREASURY NOTE | A | Interest | M | T | B | 07/24 | M | | Non-private |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

|  |  |  |  |  | If |  | (4) | (5) |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

B            C                              E  —

J

3. Value Method Codes    Q  = Appraisal    R  = Cost (Real Estate Only)    S  = Assessment    T  = Cash/Market
V  = Other    W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Meara, John Corbett | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. IRA - MERRILL LYNCH: (Lines 56 through 61) | | | | | | | | | |
| 56. PRIVATE EXPORT FUND SERIES II SEC NOTES 8.400% 7/31/01 | A | Interest | J | T | S | 10/14 | J | A | Non-private |
| 57. RETIREMENT RESERVES FUND | A | Interest | J | T | | | J | | Non-private |
| 58. MILBANK USA RASP | | | | | B | 10/14 | J | | Non-private |
| 59. ML FUNDAMENTAL GROWTH A | A | | | | B | 10/14 | J | | Non-private |
| 60. ML GRWTH FD FOR INVST & RETIREMENT CL D | A | Interest | J | T | S | 10/14 | J | A | Non-private |
| 61. GOVERNMENT DEFERRED INCOME (IRA TYPE) ACCOUNT | A | Interest/Div | K | T | S | 10/14 | J | B | Non-private |
| 62. THIS LINE 62 IS LAST LINE | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50.000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,000-$250,000 | |
| | N = $250,000-$500,000 | Q = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Meara, John Corbett | 5/6/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Note 1 (Line 5): ████████ and I have a jointly-held Merrill Lynch CMA (Cash Management Account) which we use as a checking account. The balance in the account on any given day draws interest at the money market rate.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Meara, John Corbett | 5/6/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur

Date _May 6, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544